O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA 12-486M |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| VALERIE ANN GARCIA, ) | |
| Defendant. ) | |

The Defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that

A. (X) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the fact that she has unknown bail resources, unknown background and ties to the community, prior warrants, and a long history of law enforcement contacts. She also has been known to

|    |    |                                                                                              |
|----|----|----------------------------------------------------------------------------------------------|
| 1  |    | use at least three aliases and three different Social Security                               |
| 2  |    | numbers.                                                                                     |
| 3  |    | and/or                                                                                       |
| 4  | B. | ( )  The defendant has not met his/her burden of establishing by                             |
| 5  |    | clear and convincing evidence that he/she is not likely to pose                              |
| 6  |    | a danger to the safety of any other person or the community if                               |
| 7  |    | released under 18 U.S.C. § 3142(b) or (c).  This finding is based                            |
| 8  |    | on: _____                                 |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/10/12

JEAN P. ROSENBLUTH
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE